**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Fort Wayne Cold Storage, LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-4636819 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 7235 Vicksburg Avenue  Fort Wayne, IN 46804  Number, Street, City, State & ZIP Code | PO Box 311  Defiance, OH 43512  P.O. Box, Number, Street, City, State & ZIP Code |
| | | Allen  County | **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |
|---|---|---|

Debtor **Fort Wayne Cold Storage, LLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

| 7. | Describe debtor's business | A. *Check one:* |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? |

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. |

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Fort Wayne Cold Storage, LLC**     Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

Debtor  **Fort Wayne Cold Storage, LLC**                                              Case number (*if known*) _____
        Name

☐ $50,001 - $100,000                ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000               ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million             ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor  **Fort Wayne Cold Storage, LLC**   Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 8, 2023**
              MM / DD / YYYY

X _____       **Scott Olson**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X _____       Date  **August 8, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Scot T. Skekloff 15849-02**
Printed name

**HallerColvin PC**
Firm name

**444 East Main Street**
**Fort Wayne, IN 46802**
Number, Street, City, State & ZIP Code

Contact phone  **(260) 426-0444**    Email address  **sskekloff@hallercolvin.com**

**15849-02 IN**
Bar number and State

| SCHEDULE C | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2022** |
| Department of the Treasury<br>Internal Revenue Service | Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | Attachment<br>Sequence No. **09** |

Name of proprietor: **SCOTT A. OLSON**

Social security number (SSN):

**A** Principal business or profession, including product or service (see instructions): **WAREHOUSE**

**B** Enter code from instructions: **493100**

**C** Business name. If no separate business name, leave blank: **FORT WAYNE COLD STORAGE, LLC**

**D** Employer ID number (EIN) (see instr.): **83-4636819**

**E** Business address (including suite or room no.): **P.O. BOX 311**
City, town or post office, state, and ZIP code: **DEFIANCE    OH 43512**

**F** Accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses ☒ Yes  ☐ No

**H** If you started or acquired this business during 2022, check here ☐

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions ☒ Yes  ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099? ☒ Yes  ☐ No

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  ☐ | 1 | 1,875,165 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,875,165 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 1,875,165 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)  SEE STMT 1 | 6 | 892 |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 1,876,057 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | 35,901 |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | 33 |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | 660,000 |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | 49,008 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 1,222 | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 37,005 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 39,706 | a | Travel | 24a | 423 |
| 15 | Insurance (other than health) | 15 | 6,140 | b | Deductible meals (see instructions) | 24b | 23,812 |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | 282,574 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | 509,631 |
| b | Other | 16b | 1,445 | 27a | Other expenses (from line 48) | 27a | 94,602 |
| | | | | b | Reserved for future use | 27b | |
| 17 | Legal and professional services | 17 | 32,748 | | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a | | | | | 28 | 1,774,250 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 101,807 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | | | | | 31 | 101,807 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.    Schedule C (Form 1040) 2022
DAA

**SCOTT A. OLSON**

Schedule C (Form 1040) 2022      **WAREHOUSE**                                                                                                                          Page **2**

**Part III    Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:   **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation ...................................................................................................   ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38 | Materials and supplies | 38 |
| 39 | Other costs | 39 |
| 40 | Add lines 35 through 39 | 40 |
| 41 | Inventory at end of year | 41 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 |

**Part IV    Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year) .............................

44  Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

    **a** Business ..............    **b** Commuting (see instructions) ..............    **c** Other ..............

45  Was your vehicle available for personal use during off-duty hours? ...................................................   ☐ Yes   ☐ No
46  Do you (or your spouse) have another vehicle available for personal use? ...........................................   ☐ Yes   ☐ No
47a Do you have evidence to support your deduction? ...........................................................................   ☐ Yes   ☐ No
   **b** If "Yes," is the evidence written? ..............................................................................................   ☐ Yes   ☐ No

**Part V    Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| BANK SERVICE CHARGE | 1,685 |
| DUES & SUBSCRIPTIONS | 1,656 |
| OUTSIDE SERVICE | 55,460 |
| WAREHOUSE FLOOR EXPENSE | 35,801 |

| | | |
|---|---|---:|
| 48 | **Total other expenses.** Enter here and on line 27a | 94,602 |

DAA                                                                                                                        Schedule C (Form 1040) 2022

**FORT WAYNE COLD STORAGE, LLC**
**BALANCE SHEETS**
June 30, 2023 and 2022

|  | 2023 | 2022 |
|---|---:|---:|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash | $ 0.00 | $ 0.00 |
| Accounts receivable | 297,120.25 | 104,631.55 |
| Prepaid expenses | 72,353.55 | 14,516.32 |
| Total current assets | 369,473.80 | 119,147.87 |
| **PROPERTY AND EQUIPMENT** | | |
| Machinery and equipment | 140,353.68 | 140,353.68 |
| Total | 140,353.68 | 140,353.68 |
| Less accum. depreciation | (126,547.48) | (117,972.01) |
| Net property and equipment | 13,806.20 | 22,381.67 |
|  | $ **383,280.00** | $ **141,529.54** |
| **LIABILITIES AND MEMBER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Capital leases due in one year | $ 0.00 | $ 611.51 |
| Bank overdraft | 172,028.87 | 230,491.89 |
| Accounts payable - trade | 7,521.13 | 2,881.67 |
| Customer overpayment | 0.00 | 0.00 |
| Note payable - member | 140,680.17 | 140,680.17 |
| Accrued and withheld liabilities | | |
| Accrued interest | 23,794.04 | 15,563.78 |
| Accrued management fee | 6,351.25 | 6,351.25 |
| Payroll taxes and withholdings | 17,249.30 | 4,850.02 |
| Total current liabilities | 367,624.76 | 401,430.29 |
| **LONG-TERM LIABILITIES** | | |
| Capital lease obligations | 0.00 | 0.00 |
| Long term obligations | 0.00 | 37,500.00 |
| Total long-term liabilities | 0.00 | 37,500.00 |
| **MEMBER'S EQUITY** | | |
| Beginning balance | (127,908.09) | (119,750.53) |
| Net income (loss) | 143,996.33 | (177,650.22) |
| Owner's Draw | (433.00) | 0.00 |
| Ending balance | 15,655.24 | (297,400.75) |
|  | $ **383,280.00** | $ **141,529.54** |

*See independent accountant's compilation report.*

**FORT WAYNE COLD STORAGE, LLC**
**STATEMENT OF CASH FLOW**
Six Months Ended June 30, 2023

|  | June 2023 |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | |
| Net income | 143,996 |
| Adjustments to reconcile net income to net cash provided by operating activities | |
| Depreciation | 4,288 |
| Increase in accounts receivable - trade | (61,068) |
| Decrease in accounts receivable - other | 12,870 |
| Increase in prepaid expenses | (67,867) |
| Decrease in accounts payable - trade | (16,765) |
| Increase in bank overdraft | 32,262 |
| Increase in accrued interest | 1,847 |
| Decrease in accrued and withheld liabilities | (11,630) |
| Total adjustments | (106,063) |
| Net cash provided by operating activities | 37,933 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | |
| Member draws | (433) |
| Repayment of obligations | (37,500) |
| Net cash used in financing activities | (37,933) |
| NET INCREASE (DECREASE) IN CASH | - |
| CASH AT BEGINNING OF MONTH AND YEAR | - |
| CASH AT END OF MONTH AND YEAR | - |
| **SUPPLEMENTAL INFORMATION** | |
| Cash paid during the month and year for: | |
| Interest | 3,684 |

*See independent accountant's compilation report.*

# FORT WAYNE COLD STORAGE, LLC
## STATEMENTS OF INCOME AND MEMBER'S EQUITY
One Month and Six Months Ended June 30, 2023 and 2022

|  | JUNE 2023 | | JUNE 2022 | | YTD 2023 | | YTD 2022 | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **REVENUE** | | | | | | | | |
| REVENUE - STORAGE | $ 74,554.50 | 40.91 | $ 61,397.75 | 39.36 | $ 404,476.00 | 34.49 | $ 238,182.25 | 31.28 |
| REVENUE - HANDLING | 20,286.30 | 11.13 | 26,058.00 | 16.70 | 233,786.45 | 19.94 | 123,390.00 | 16.20 |
| REVENUE - MISC. | 87,398.39 | 47.96 | 68,536.76 | 43.94 | 534,403.16 | 45.57 | 399,968.27 | 52.52 |
| Total revenue | 182,239.19 | 100.00 | 155,992.51 | 100.00 | 1,172,665.61 | 100.0 | 761,540.52 | 100.0 |
| DIRECT COST | 83,116.04 | 45.61 | 131,971.82 | 84.60 | 856,604.44 | 73.05 | 782,297.86 | 102.7 |
| SELLING, GENERAL & ADMI | 23,690.21 | 13.00 | 30,170.46 | 19.34 | 167,054.65 | 14.25 | 150,926.27 | 19.82 |
| Income (loss) from operations | 75,432.94 | 41.39 | (6,149.77) | (3.94) | 149,006.52 | 12.71 | (171,683.61) | (22.54) |
| **OTHER INCOME (EXPENSE)** | | | | | | | | |
| Interest expense | (925.02) | (0.51) | (1,043.85) | (0.67) | (5,531.09) | (0.47) | (6,313.75) | (0.83) |
| Interest Income | 0.01 | 0.00 | 0.01 | 0.00 | 0.03 | 0.00 | 0.39 | 0.00 |
| Other Income | 35.36 | 0.02 | 89.08 | 0.06 | 520.87 | 0.04 | 346.75 | 0.05 |
| Net other inc. (exp.) | (889.65) | (0.49) | (954.76) | (0.61) | (5,010.19) | (0.43) | (5,966.61) | (0.78) |
| NET INCOME (LOSS) | $ 74,543.29 | 40.90 | $ (7,104.53) | (4.55) | $ 143,996.33 | 12.28 | $ (177,650.22) | (23.33) |

*See independent accountant's compilation report.*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Fort Wayne Cold Storage, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ■ Other document that requires a declaration   Petition Attachments - Form 204 (20 Largest Unsecured Creditors)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 8, 2023        X  /s/ Scott Olson
                                        Signature of individual signing on behalf of debtor

                                        Scott Olson
                                        Printed name

                                        President
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fort Wayne Cold Storage, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allen County Treasurer** 1 East Main Street, Suite 104 Fort Wayne, IN 46802 | | **Personal Property Taxes** | | | | **Unknown** |
| **Crown Equipment Corporation** 44 S Washington St New Bremen, OH 45869 | | **Material Handling Repair and Maintenance** | | | | **$2,000.00** |
| **Hawk Distribution Services, LLC** 1564 Meadowside Drive Saint Louis, MO 63146 | | **Broker Commission** | | | | **$7,000.00** |
| **MG88 Fort Wayne Cold Storage, LLC** 1375 NW 89th Ct #9 Doral, FL 33172 | | **Lease Agreement** | **Disputed** | | | **$479,521.71** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

In re **Fort Wayne Cold Storage, LLC**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                $ **Fees at the below hourly rates**

   Prior to the filing of this statement I have received                      $ **$43,620 retainer with $6,380 for pre-petition services**

   Balance Due                                                                $ **Hourly Rates:**
                                                                              **$250-$450/hr. Partners**
                                                                              **$175-$250/hr. Associates**

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Preparation and filing of documents, motions, and applications as needed in this Chapter 11 case, representation of the Chapter 11 estate, and counseling Debtor regarding same.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the Debtor in non-bankruptcy matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*August 8, 2023*
Date

*/s/ Scot T. Skekloff*
Scot T. Skekloff 15849-02
*Signature of Attorney*
HallerColvin PC
444 East Main Street
Fort Wayne, IN 46802
(260) 426-0444  Fax: (260) 422-0274
sskekloff@hallercolvin.com
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Indiana

In re: **Fort Wayne Cold Storage, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Scott Olson<br>P.O. Box 311<br>Defiance, OH 43512 | Membership Interest | | Sole Member/Owner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 8, 2023**

Signature _/s/ Scott Olson_
Scott Olson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

(6/2010)

## United States Bankruptcy Court
### Northern District of Indiana

In re   Fort Wayne Cold Storage, LLC                              Case No. _____

                               Debtor(s)                           Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **August 8, 2023**                          _____
                                                   Scott Olson/President
                                                   Signer/Title

```
ALLEN COUNTY TREASURER
1 EAST MAIN STREET, SUITE 104
FORT WAYNE, IN 46802


CROWN EQUIPMENT CORPORATION
44 S WASHINGTON ST
NEW BREMEN, OH 45869


CROWN EQUIPMENT CORPORATION
C/O CT CORPORATION SYSTEM
334 N SENATE AVE
INDIANAPOLIS, IN 46204


HAWK DISTRIBUTION SERVICES, LLC
1564 MEADOWSIDE DRIVE
SAINT LOUIS, MO 63146


MG88 FORT WAYNE COLD STORAGE, LLC
1375 NW 89TH CT #9
DORAL, FL 33172


MG88 FORT WAYNE COLD STORAGE, LLC
C/O MICHAEL MANDICH
1375 NW 89TH CT #9
DORAL, FL 33172


MG88 FORT WAYNE COLD STORAGE, LLC
C/O DAVID T. PODEIN, ESQ.
251 NW 23RD ST.
MIAMI, FL 33127


MG88 FORT WAYNE COLD STORAGE, LLC
C/O JAMES R.A. DAWSON
TAFT, STETTINIUS & HOLLISTER, LLP
ONE INDIANA SQUARE, SUITE 3500
INDIANAPOLIS, IN 46204


SCOTT OLSON
P.O. BOX 311
DEFIANCE, OH 43512
```

# United States Bankruptcy Court
## Northern District of Indiana

In re  Fort Wayne Cold Storage, LLC

Debtor(s)

Case No.
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Fort Wayne Cold Storage, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 8, 2023**
Date

*/s/ Scot T. Skekloff*
Scot T. Skekloff 15849-02
Signature of Attorney or Litigant
Counsel for  Fort Wayne Cold Storage, LLC
**HallerColvin PC**
**444 East Main Street**
**Fort Wayne, IN 46802**
**(260) 426-0444 Fax:(260) 422-0274**
**sskekloff@hallercolvin.com**