**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| FORT WAYNE COLD STORAGE, LLC, | ) | |
| | ) | Case No.  23-11010 |
| *Debtor* | ) | |

**APPLICATION TO EMPLOY ATTORNEYS**

The Application of Fort Wayne Cold Storage, LLC, Debtor herein, respectfully represents:

1. That your Applicant has filed a voluntary petition herein under chapter 11 of the Bankruptcy Code.

2. Your Applicant has continued in possession of its property and is operating its business and managing its property as Debtor-in-Possession.

3. Your Applicant, as such Debtor-in-Possession, wishes to employ Scot T. Skekloff, H. Faith Welch, Daniel J. Skekloff, and the law firm of HallerColvin PC, who are attorneys duly admitted to practice in this Court.

4. Your Applicant has selected such attorneys because they have considerable experience in these proceedings and are qualified to represent the Debtor-in-Possession, and their services are necessary for the effective operation and rehabilitation of the Debtor herein.

5. That the said Scot T. Skekloff, H. Faith Welch, Daniel J. Skekloff, and HallerColvin PC have no connection with the creditors or any other party in interest having an interest adverse to the Debtor as Debtor-in-Possession or the estate, and their employment would be in the best interest of the estate.

**WHEREFORE**, your Applicant prays that it be authorized and empowered to employ Scot T. Skekloff, H. Faith Welch, Daniel J. Skekloff, and HallerColvin PC under a general retainer to represent the Debtor-in-Possession in these proceedings under Chapter 11 of the Bankruptcy Code, and that they have such other and further relief as is just.

**FORT WAYNE COLD STORAGE, LLC**

_____
Scott Olson, President

## **CERTIFICATE OF SERVICE**

On August 8, 2023, the undersigned, who is duly admitted to practice in the State of Indiana and before the Court, hereby certifies that a copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF System to the following:

**Nancy J. Gargula**, USTPRegion10.SO.ECF@usdoj.gov

And, on same date, a copy was sent by United States Postal Service 1st Class Mail, postage prepaid to the creditors on the attached sheets and to:

Fort Wayne Cold Storage, LLC
7235 Vicksburg Road
Fort Wayne, Indiana 46804

/s/ *Scot T. Skekloff*
Scot T. Skekloff (#15849-02)